IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| MARIO JARDINES, et al., | CASE NO. 2:25-cv-26 |
| Plaintiffs, | JUDGE EDMUND A. SARGUS, JR. |
| v. | MAGISTRATE CHELSEY M. VASCURA |
| HERC RENTALS INC., et al., | |
| Defendants. | |

### NOTICE TO TAKE DEPOSITIONS

The parties will take notice that on **Thursday, August 21, 2025, at 10:00 a.m.** the Defendants Herc Rentals, Inc. and Herc Holdings, Inc. will take the deposition of Plaintiffs Mario Jardines and Crystal Jardines at the offices of Daniel R. Mordarski, 5200 Upper Metro Place, Suite 100, Dublin, Ohio 43017.  Said depositions shall continue from day to day until they are completed.

Respectfully submitted,

GALLAGHER, GAMS, TALLAN
BARNES & LITTRELL L.L.P.

By:     /s/ James R. Gallagher
    JAMES R. GALLAGHER (0025658)
    471 East Broad Street, 19th Floor
    Columbus, Ohio 43215-3872
    (614) 228-5151   FAX: (614) 228-0032
    jgallagher@ggtbl.com

    Trial Attorney for Defendants
    Herc Rentals, Inc. and Herc Holdings, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel R. Mordarski (0063228)
MORDARSKI LAW
5200 Upper Metro Place, Suite 100
Dublin, Ohio 43017
dan@mordarskilaw.com
*Counsel for Plaintiffs*
*Mario and Crysal Jardines*

Travis T. Mohler (0083365)
Nathan Colombo (0098343)
COLOMBO LAW
4016 Townsfair Way, Suite 210
Columbus, Ohio 43219
travism@colombolaw.com
nathan@colombolaw.com
*Counsel For Plaintiffs*
*Mario And Crysal Jardines*

Timothy R. Bricker (0061872)
Gregory R. Dick (0097816)
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, Ohio 43215
bricker@carpenterlipps.com
dick@carpenterlipps.com
*Counsel for Defendants*
*Herc Holdings, Inc. and Herc Rentals, Inc.*

Lora L. LoCoco (pro hac vice)
Cody A. Linday (pro hac vice)
QUARLES & BRADY LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, Wisconsin 53202
lora.lococo@quarles.com
cody.linday@quarles.com
*Counsel for Defendants*
*Herc Holdings, Inc. and Herc Rentals, Inc.*

Steven A. Tooman (0066988)
Thomas A. Dierling (0074438)
MILLIKIN & FITTON Law Firm
9032 Union Centre Boulevard, Suite 200
West Chester, Ohio 45069
tooman@mfitton.com
dierling@mfitton.com
*Counsel for Defendant JLG Industries, Inc.*

Joseph P. Trabucco (*pro hac vice*)
Stephen D. Menard (*pro hac vice*)
TRABUCCO & MENARD PLLC
600 West Germantown Pike, Suite 400
Plymouth Meeting, Pennsylvania 19462
smenard@trabuccomenard.com
jtrabucco@trabuccomenard.com
*Counsel for Defendant JLG Industries, Inc.*

Jonathan P. Saxton (0042280)
Edward J. McHale (0095829)
RENDIGS, FRY, KIELY & DENNIS, LLP
600 Vine Street, Suite 2650
Cincinnati, Ohio 45202
jsaxton@rendigs.com
emchale@rendigs.com
*Counsel for Defendant*
*Penn Metal Fabricators*

Timothy E. McKay (0040860)
TRAVELERS INSURANCE CO.
P.O. Box 64093
St. Paul, Minnesota 55164-0093
temckay@travelers.com
*Counsel for Defendant*
*Square Deal Machining, Inc.*

Adam J. Bennett (0077831)
Andrew P. Cooke (0040810)
COOKE DEMERS, LLC
260 Market Street, Suite F
New Albany, Ohio 43054
abennett@cdgattorneys.com
*Counsel for Defendant*
*The Ohio Bureau of Workers Compensation*

      /s/ James R. Gallagher
James R. Gallagher (0025658)
Trial Attorney for Defendants
Herc Rentals, Inc. and Herc Holdings, Inc.

139053\pleadings\04 notice depo tb